IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GEORGE GARDEA,

      Petitioner,

v.

STATE OF OREGON, and
CLACKAMAS COUNTY CIRCUIT COURT,

      Respondents.

Case No. 3:20-cv-00503-AC

ORDER

ACOSTA, Magistrate Judge.

The court GRANTS petitioner's Motion for Voluntary Dismiss (ECF No. 20) and DISMISSES this action, without prejudice.

IT IS SO ORDERED.

DATED this  2nd  day of November, 2020.

      /s/ John V. Acosta
      John V. Acosta
      United States Magistrate Judge

1 - ORDER